IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-24-BR-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TIMOTHY GILLESPIE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the government's Motion to Seal [DE-26] the documents filed with the court containing the identities of alleged victims in this case. The government was ordered by this court to provide defense counsel with this information as part of the court's conditional order releasing Defendant pending trial and directing that Defendant avoid contact with any person who is or may become a victim or potential witness in this case. [DE-23] at 2. The government has filed this information as Docket Entry 25 and requests the same be sealed and made available only to counsel and representatives of the government. Upon this court's review of the motion, and for good cause shown therein, the Motion to Seal [DE-26] is allowed. Accordingly, it is ordered that the documents filed as Docket Entry Number 25 be sealed until further order of this court.

So ordered, the 21st day of March, 2013.

Robert B. Jones, Jr.
United States Magistrate Judge