UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO.7:13-CR-24-BR

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY GILLESPIE | ORDER |

For good cause, the unopposed motion to allow the defendant to be arraigned before a U.S. magistrate judge in Wilmington, N.C. is hereby ALLOWED. The Clerk is DIRECTED to remove the arraignment hearing from the undersigned's calendar.

This 2 May 2013.

_____
W. Earl Britt
Senior U.S. District Judge